UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RICHARD VINCENT TOTH,

    Plaintiff,

        v.

THOMAS F. PAGE and ILLINOIS STATE ATTORNEY GENERAL,

    Defendants.

Case No. 96-cv-910-JPG

## MEMORANDUM AND ORDER

    This matter comes before the Court on plaintiff Richard Vincent Toth's motion for return of documents (Doc. 43). Toth is currently incarcerated at Pontiac Correctional Center. The Court has reviewed the file and has learned that on May 10, 2001, Toth's appellate counsel sent five documents to the Court indicating he had come across the documents while closing his case file and had been instructed by the Court of Appeals for the Seventh Circuit to send those documents to this Court. The documents were not all complete documents and do not appear to be an official part of the Court's record of this case. In his motion, Toth indicates that he had originally obtained these documents free of charge from state court. The Court believes under these circumstances, it is appropriate to return the documents to Toth, their original owner. Accordingly, the Court:

- **GRANTS** the motion (Doc. 43);

- **DIRECTS** the Clerk of Court to change Toth's address in the file to Pontiac Correctional Center, P.O. Box 99, Pontiac, IL  61764; and

- **DIRECTS** the Clerk of Court to send the documents received in May 2001 from Toth's counsel to Toth at this address in the same condition that the Court received them.

**IT IS SO ORDERED.**
**DATED: May 27, 2014**

        s/J. Phil Gilbert
        **J. PHIL GILBERT**
        **DISTRICT JUDGE**